Certificate Number: 15317-PAE-DE-034958815

Bankruptcy Case Number: 20-13908



15317-PAE-DE-034958815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2020, at 11:14 o'clock AM PDT, Winnie W Harrington completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 7, 2020                By:  /s/Antonio Buscas

                                      Name:  Antonio Buscas

                                      Title:  Credit Counselor