**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
601 E. Broad St, Ste 110
Souderton, PA 18964
(610) 323-7464

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Winnie W. Harrington aka Winnie Harrington Groff | : | Case No. 20-13908 AMC |
| Debtor | : | |
| | : | |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-R1, Mortgage-Backed Notes, Series 2018-R1 | : | Chapter 7 |
| Movant | : | |
| v. | : | |
| | : | |
| Winnie W. Harrington aka Winnie Harrington Groff | : | 11 U.S.C. §362 |
| Debtor | : | |
| | : | Date: January 20, 2021 |
| Christine C. Shubert Esq.   Trustee | : | Hearing: 12:30 PM |
| | : | Courtroom 4 |
| | : | United States Bankruptcy Court |
| | : | 900 Market Street, Philadelphia PA |

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that January 8, 2021 a true and correct copy of the debtors' ***Debtor's Response to Motion for Relief from Automatic Stay*** was served upon the parties listed below, in the above captioned matter, via first class mail postage-prepaid. The Chapter 13 Trustee and Office of the United States Trustee were served via electronic mail.

Electronic Mail:

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

Office of the US Trustee
200 Chestnut Street, Suite 502 (via ECF)
Philadelphia, PA 19106

<u>First Class Mail:</u>

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

    Respectfully Submitted,

    BY: <u>*/s/Mark M. Medvesky*</u>
    Mark M. Medvesky, Esquire
    Attorney for Debtor