# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Winnie W. Harrington aka Winnie Harrington Groff<br><br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-R1, Mortgage-Backed Notes, Series 2018-R1, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs. | NO. 20-13908 AMC |
| Winnie W. Harrington aka Winnie Harrington Groff<br>　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2018-R1, Mortgage-Backed Notes, Series 2018-R1, which was filed with the Court on or about **12/28/2020** under document number 15

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

January 20, 2021